

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IZEEM SESSIONS, | § | No. 08-12-00326-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | Criminal District Court No. 4 |
|  | § |  |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
|  | § |  |
| Appellee. | § | (TC # F12-70604-K) |
|  | § |  |

## MEMORANDUM OPINION

Izeem Sessions appeals his conviction of aggravated assault with a deadly weapon. Appellant waived his right to a jury trial and entered an open plea of guilty. The trial court found Appellant guilty and assessed his punishment at a fine of $1,000 and imprisonment for a term of fifteen years. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman,* 252 S.W.3d 403, 407 n.9 (Tex.Crim.App. 2008)("In Texas, an Anders brief need not specifically

advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."*)*; *High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. Appellant has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

March 12, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)